UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>KATHLEEN L. LANDBERG,<br><br>　　　　Debtor,<br>_____<br><br>TERRENCE J. DONAHUE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD C. LANDBERG, SR.,<br><br>　　　　Defendant. | Case No. C06-5393RJB<br><br><br>ORDER TO SHOW CAUSE |

This matter comes before the court on review of the file.

On June 22, 2006, defendant Ronald C. Landberg, Sr., filed a Notice of Appeal of orders of the bankruptcy judge. Dkt. 1, Notice of Appeal. The case was referred to the Bankruptcy Appellate Panel of the Ninth Circuit U. S. Court of Appeals. Plaintiff Terrence J. Donahue, Chapter 7 Trustee, elected to have the appeal in this matter heard by the district court, pursuant to 28 U.S.C. § 158(c)(1)(a)(B) and Bankruptcy Rule 8001(e). The case is now before the district court.

On August 1, 2006, the Clerk of the district court requested from the Clerk of the bankruptcy court a copy of the statement of issues, designation of record, and the certificate of record. Dkt. 3. On August 2, 2006, the Clerk of the bankruptcy court notified the district court of the following deficiencies: (1) no filing fees paid; (2) no designation of record; (3) no statement of issues; and (4) no notice regarding the

ORDER
Page - 1

transcript. Dkt. 4. Defendant Ronald C. Landberg, Sr. should be ordered to show cause why these deficiencies have not been corrected, or in the alternative, to correct the deficiencies. If Mr. Landberg fails to show cause or fails to timely correct the deficiencies, the court will dismiss this bankruptcy appeal.

Therefore, it is hereby

**ORDERED** that not later than August 17, 2006, defendant Ronald C. Landberg, Sr. is **ORDERED TO SHOW CAUSE**, in writing, why he has failed to pay the filing fee, filed a designation of record, filed a statement of issues, and filed a notice regarding the transcript. In the alternative, not later than August 17, 2006, Mr. Landberg may pay the $255 filing fee; and file a designation of record, a statement of issues, and a notice regarding the transcript. If Mr. Landberg fails to timely comply with this order, the court will dismiss this case with prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 3rd day of August, 2006.

Robert J. Bryan
United States District Judge