# United States District Court

WESTERN DISTRICT OF WASHINGTON

In re:

KATHLEEN L. LANDBERG

    Debtor,

TERRENCE J. DONAHUE,

    Appellant,

v.

RONALD C. LANDBERG, SR.,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C06-5393RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The July 24, 2006 amended judgment entered by U.S. Bankruptcy Judge Phillip H. Brandt is AFFIRMED. The appeal by Mr. Landberg is DISMISSED.

March 2, 2007

BRUCE RIFKIN
Clerk

/s/ Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk